***E-FILED - 1/27/11***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ULYSSES DAVIS, JR.,   ) | No. C 09-2990 RMW (PR) |
| ) | |
| Plaintiff,   ) | JUDGMENT |
| v.   ) | |
| ) | |
| DR. JAROM DASZKO,   ) | |
| ) | |
| Defendant.   ) | |
| _____ ) | |

The court has granted defendant's motion for summary judgment.  Judgment is entered in favor of defendant and against plaintiff.  The clerk shall close the file.

IT IS SO ORDERED.

DATED: 1/25/11

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Judgment
P:\PRO-SE\SJ.Rmw\CR.09\Davis990jud.wpd